ACCEPTED
03-12-00335-CV
3835702
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/20/2015 5:28:28 PM
JEFFREY D. KYLE
CLERK



# HANCE SCARBOROUGH, LLP
## ATTORNEYS AND COUNSELORS AT LAW

Terry L. Scarborough
Founding Partner
Direct: (512) 487-4006
tscarborough@hslawmail.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/20/2015 5:28:28 PM

JEFFREY D. KYLE
Clerk

January 20, 2015

***Via E-Filing***
The Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

      Re:    No. 03-12-00335-CV, *Texas Commission on Environmental Quality & Waste Control Specialists, LLC v. Sierra Club.*

Dear Mr. Kyle:

Waste Control Specialists, L.L.C. does not intend to respond to Sierra Club's motion for rehearing en banc unless the Court requests a response.

Thank you for your attention to this matter.

Respectfully submitted,

**HANCE SCARBOROUGH, LLP**
400 W. 15th Street, Ste. 950
Austin, Texas 78701
Telephone: (512) 479-8888
Facsimile: (512) 482-6891

By: /s/Terry L. Scarborough
     Terry L. Scarborough
     State Bar No. 1771600
     V. Blayre Peña
     State Bar No. 24050372
     *Attorneys for Waste Control Specialists LLC*

cc: via e-service
     Marisa Perales, marisa@lf-lawfirm.com, *Attorney for Sierra Club*
     Pam Giblin, pam.giblin@bakerbotts.com, *Attorney for WCS*
     Anthony Grigsby, anthony.grigsby@texasattorneygeneral.gov, *Attorney for TCEQ*